NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0000510**
**10-SEP-2015**
**08:58 AM**

NO. CAAP-14-0000510

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,
Plaintiff-Appellee,
v.
MARGARET J. YOUNG, JORDAN M. YOUNG,
Defendants-Appellants,
and
JOHN DOES 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 11-1-0224)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Foley, Presiding J., Fujise and Reifurth, JJ.)

Upon consideration of Defendants-Appellants' "Motion For Reconsideration Of This Court's August 24, 2015 Summary Disposition Order, And To Supplement The Record On Appeal And/Or For Judicial Notice Of The July 25, 2013 Summary Judgment Hearing Transcript" filed September 3, 2015, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, September 10, 2015.

On the motion:

Gary Victor Dubin
Frederick J. Arensmeyer
for Defendants-Appellants.

Presiding Judge

Associate Judge

Associate Judge